**CARLETON R. BURCH**
Nevada Bar No. 10527
crb@amclaw.com
**VINCENT JAMES JOHN ROMEO**
Nevada Bar No. 9670
vjjr@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
601 S. Seventh Street
Las Vegas, Nevada 89101
TELEPHONE: (702) 479-1010 ♦ FACSIMILE: (702) 479-1025

Attorneys for Defendants ARTHUR J.
GALLAGHER & CO.; and ARTHUR J.
GALLAGHER RISK MANAGEMENT
SERVICES, LLC (erroneously sued as Arthur J.
Gallagher Risk Management Services, Inc.)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARMOROCK, LLC, | Case No. 2:25-cv-00553-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW AMENDED COMPLAINT AND SET TIME FOR ANSWER** |
| vs. | |
| ARTHUR J. GALLAGHER & CO.; ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., | |
| Defendants. | |

The Defendant, ARTHUR J. GALLAGHER & CO. and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC (erroneously sued as Arthur J. Gallagher Risk Management Services, Inc.), ("Defendant") acting by and through their counsel, Anderson, McPharlin & Conners, LLP and the Plaintiff, Armorock, LLC ("Plaintiff'), (collectively the Plaintiff and the Defendant are referred to herein as the "Parties" or the "Party"), by and through their counsel Semenza Rickard Law Respectfully submit this Stipulation and Order regarding Plaintiff's filing an Amended Complaint and the Defendant's Answer thereto.

**WHEREAS:**

1. Plaintiff filed its original Complaint in the Clark County, Nevada District Court, Case Number A-25-912796-C on February 14, 2025.

/ / / /

1  2. Defendant executed an "Acceptance of Service" on February 24, 2025, which pursuant to Nevad Rules of Civil Procedure Rule 4.1 allowed Defendant 60 days to respond to Plaintiff's Complaint. Making the original response date not later than April 25, 2025.

3. Defendants filed a Notice of Removal on March 25, 2025, removing the State Action to this Court.

4. On March 26, 2025, counsel for Plaintiff informed Defendant's counsel that Plaintiff would be filing a First Amended Complaint.

THEREOFRE THE FOLLOWING IS HEREBY STIPULATED, AGREED, AND CONSESNTED TO by. and between the Parties:

1. Defendants consent to granting leave for Plaintiff to file a First Amended Complaint;

2. Plaintiff's First Amended Complaint should be file on or before April 18, 2025;

3. Defendants shall respond to Plaintiff's First Amended Complaint on or before May 8, 2025.

DATED: April 8, 2025            ANDERSON, McPHARLIN & CONNERS LLP

By: /s/ Vincent James John Romeo
    Carleton R. Burch, Esq.
    Vincent James John Romeo, Esq.
Attorneys for Defendants ARTHUR J. GALLAGHER & CO.; and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC (erroneously sued as Arthur J. Gallagher Risk Management Services, Inc.)

DATED: April 8, 2025            SEMENZA RICKARD LAW

By: /s/ Jarrod L. Rickard
    Jarrod L. Rickard, Esq.
    Katie L. Cannata, Esq.
Attorneys for Plaintiff Armorock, LLC

**ORDER**

For the reasons stated above, and for good cause, it is hereby ordered that:

1. Plaintiff, Armorock, LLC shall be granted leave to file a First Amended Complaint.

2. Plaintiff, Armorock, LLC shall file its First Amended Complaint on or before April 18, 2025.

3. Defendants ARTHUR J. GALLAGHER & CO.; and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC (erroneously sued as Arthur J. Gallagher Risk Management Services, Inc.) shall respond to Plaintiff, Armorock, LLC's First Amended Complaint on or before May 8, 2025.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 9, 2025