Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669

*Attorneys for Plaintiff Armorock, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARMOROCK, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER RISK<br>MANAGEMENT SERVICES, INC.; and<br>ARTHUR J. GALLAGHER RISK<br>MANAGEMENT SERVICES, LLC,<br><br>                              Defendants. | Case No. 2:25-cv-00553-GMN-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 16]** |

Pursuant to LR 7-1, Plaintiff Armorock, LLC ("Armorock" or "Plaintiff") and Defendants Arthur J. Gallagher Risk Management Services, Inc., and Arthur J. Gallagher Risk Management Services, LLC (collectively, "Defendants"), hereby submit this Stipulation Extending Deadline for Plaintiff's Response to Defendants' Motion to Dismiss (ECF No. 16). This is the parties' first request.

1. On May 5, 2025, Defendants filed a Motion to Dismiss (the "Motion"). (ECF No. 16.)

2. Plaintiff's Response to the Motion is currently due on May 19, 2025.

3. Counsel for Plaintiff requires additional time to respond to the Motion considering a conflict with another matter. Specifically, Plaintiff's counsel is lead counsel in another matter wherein the client is facing an emergency involving access to essential services.

As such, counsel will likely be seeking expedited or emergency relief in that other matter early next week.

4.     Given this conflict, the parties hereby stipulate and agree that the deadline for Plaintiff's Response shall be extended by two days, until May 21, 2025.

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the aforementioned Motion.

DATED this 16th day of May 2025.

DATED this 16th day of May 2025.

SEMENZA RICKARD LAW

ANDERSON, MCPHARLIN & CONNERS LLP

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq, Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*/s/ Vicent James John Romero*
Vincent James John Romeo, Esq.
Carleton R. Burch, Esq.
601 South 7th St.
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*Armorock, LLC*

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

DATED:   May 19, 2025

2