KENNETH D. WATNICK
California Bar No. 150936
(Admitted Pro Hac Vice)
kdw@amclaw.com
CARLETON R. BURCH
Nevada Bar No. 10527
crb@amclaw.com
VINCENT JAMES JOHN ROMEO
Nevada Bar No. 9670
vjjr@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
601 S. Seventh Street
Las Vegas, Nevada 89101
TELEPHONE: (702) 479-1010 ♦ FACSIMILE: (702) 479-1025

Attorneys for Defendant ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC as erroneously sued herein as Arthur J. Gallagher Risk Management Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARMOROCK, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.;<br>ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC<br><br>　　　　Defendants. | Case No. 2:25-cv-00553-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[First Request]** |

IT IS HEREBY STIPULATED AND AGREED between the Plaintiff, ARMOROCK, LLC ("ARMOROCK"), Defendants, ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC. and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC ("GALLAGHER") (collectively referred to herein as the "Parties", or individually as a "Party") through their counsel of record, to extend discovery deadlines by approximately 60 days for good cause shown pursuant to FRCP Rule 16.1.

As the Parties identified in their Joint Discovery Plan and Proposed Scheduling Order, there are multiple witnesses that no longer work for the Parties. (EFC No. 21.) The Parties are in the process of locating these witnesses and may need to serve them with a subpoena. Because this process has delayed discovery even further than the Parties initially anticipated, they seek a 60-day extension of the discovery deadlines. This extension is also required because a former employee of Plaintiff testified on August 5, 2025, about additional emailing that he believed to be in Plaintiff's possession. The Parties agreed to continue further depositions until after Plaintiff searched for this emailing. Plaintiff provided supplemental disclosures on August 21, 2025. Finally, the Parties also note that GALLAGHER has yet to file its Answer to ARMOROCK'S Complaint as GALLAGHER'S 12(b)(6) Motion to Dismiss is still pending and the ultimate issues in this case are not yet established. This is the FIRST request for an extension of the discovery deadlines.

## I.    STATEMENT OF CASE STATUS AND DISCOVERY COMPLETED

ARMOROCK'S initial Complaint was filed on February 14, 2025.

Removal of the State Court matter to this Federal Court March 25, 2025.

ARMOROCK'S First Amended Complaint filed on April 14, 2025.

GALLAGHER has not filed an Answer to ARMOROCK'S First Amended Complaint.

An initial Joint Case Status Report was filed April 27, 2025.

GALLAGHER filed its Rule 12(b)(6) Motion to Dismiss on May 5, 2025.

An initial Discovery Plan and Scheduling Order was entered on June 27, 2025, setting an extension or modification of the Discovery Plan and Scheduling Order deadline of November 10, 2025.

GALLAGHER issued a First Set of Request for Admission to ARMOROCK on June 16, 2025.

GALLAGHER issued a First Set of Request for Production of Documents to ARMOROCK on June 16, 2025.

GALLAGHER made its initial Rule 26 Disclosures on July 3, 2025.

GALLAGHER issued a deposition notice for Brian Veerkamp on July 8, 2025.

GALLAGHER issued a deposition notice for Vince Bussio on July 8, 2025.

ARMOROCK made its initial Rule 26 Disclosures on July 9, 2025.

GALLAGHER issued a Subpoena to Produce Documents to the Person Most Qualified at the Eldorado Land Corporation, LLC on July 15, 2025.

ARMOROCK made its 1st Supplemental Rule 26 Disclosures on July 24, 2025.

ARMOROCK responded to GALLAGHER'S First Set of Request for Production of Documents on July 24, 2025.

ARMOROCK responded to GALLAGHER'S First Set of Request for Admissions on July 24, 2025.

GALLAGHER issued a Subpoena to Produce Documents to Assured Partners on July 25, 2025.

ARMOROCK made its 2nd Supplemental Rule 26 Disclosures on August 4, 2025.

ARMOROCK issued a First Set of Request for Production of Documents to GALLAGHER on August 6, 2025.

The Parties Stipulated Protective Order and Confidentiality Agreement was entered by this Court on August 8, 2025.

Assured Partners responded to GALLAGHER'S Subpoena to Produce Documents to the Eldorado Land Corporation, LLC on August 19, 2025.

The Deposition of Brian Veerkamp was conducted on August 5, 2025.

ARMOROCK made its 3rd Supplemental Rule 26 Disclosures on August 21, 2025.

Assured Partners responded to GALLAGHER'S Subpoena to Produce Documents to Assured Partners on August 22, 2025.

GALLAGHER issued a Second Set of Request for Production of Documents to ARMOROCK on August 26, 2025.

Despite the pending motion to dismiss, the Parties have, and are, diligently pursuing percipient discovery through written discovery, depositions, and subpoenas.

## II.    DISCOVERY TO BE COMPLETED

Given the pending motion to dismiss, it is difficult to fully determine what discovery is required. Furthermore, it is not yet known if all necessary parties are currently included in this

1  litigation.

2  Regardless, the Parties are diligently conducting all discovery available to them at this
3  time.  The parties are cooperating in the scheduling of party-affiliated witnesses and third-party
4  witnesses who must be subpoenaed to testify.

5  **III. REASONS REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN**
6  **THE TIME SET BY PRIOR DISCOVERY PLAN**

7  As the Parties identified in their Joint Discovery Plan and Proposed Scheduling Order, there
8  are multiple witnesses that no longer work for the Parties.  (EFC No. 21.)  The Parties are in the
9  process of locating these witnesses and may need to serve them with a subpoena.  Because this
10 process has delayed discovery even further than the Parties initially anticipated, they seek a 60-day
11 extension of the discovery deadlines.

12 This extension is also required because a former employee of Plaintiff testified on August 5,
13 2025, about additional emailing that he believed to be in Plaintiff's possession.  The Parties agreed to
14 continue further depositions until after Plaintiff searched for this emailing.  Plaintiff provided
15 supplemental disclosures on August 21, 2025.

16 Finally, given the pending motion to dismiss, it is difficult to determine what discovery is yet
17 to be completed. The Parties are attempting to determine what, if any, experts, and expert
18 discovery, are necessary. Furthermore, it is not yet known if all necessary parties are currently
19 included in this litigation.

20 The Parties agree that there is good cause for the Court to set the discovery deadlines below
21 pursuant to its authority to manage discovery in its sound discretion and the intent of FRCP Rule 16
22 and stipulate to such extension of deadlines. The Parties therefore file this Stipulation and Order to
23 extend the discovery deadlines. This is the Parties' First request for an extension of the discovery
24 deadlines.

25 **IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**
26 **AND AMENDMENTS TO OTHER PRETRIAL DATES**

27 The parties stipulate to extend the current discovery deadlines in this Court's June 27,
28 2025, "Discovery Plan and Scheduling Order" by approximately 60 days as set forth below:

| Activity | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Discovery Cut-Off | December 1, 2025 | January 30, 2026 |
| Amend Pleadings and Add Parties | September 2, 2025 | November 1, 2025 |
| Initial Expert Disclosures | October 2, 2025 | December 1, 2025 |
| Rebuttal Expert Disclosures | November 3, 2025 | January 2, 2026 |
| Deadline to File Dispositive Motions | December 31, 2025 | ~~January 30, 2026~~ **March 1, 2026** |
| Pre-Trial Order | January 30, 2026 | March 31, 2026 |
| Extension or Modification of Scheduling Order | November 10, 2025 | January 9, 2026 |

## V.   TRIAL DATE

This matter is currently not scheduled for trial.

## VI. CONCLUSION

Based on the above, the parties submit that requisite good cause exists to warrant an extension of the current discovery deadlines as stipulated.

DATED this _29th_ day of August 2025.

SEMENZA RICKARD LAW

/s/__Jarrod L. Rickard_____
Jarrod L. Rickard, Esq., Bar No. 10
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff Armorock, LLC*

DATED this _29th_ day of August 2025.

ANDERSON, McPHARLIN & CONNERS LLP

/s/   Carleton R. Burch_____
Carleton R. Burch, Esq., Bar No. 10527
Vincent J.J. Romeo, Esq., Bar No. 9670
601 S. Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Defendants Arthur J. Gallagher & Co., and Arthur Gallagher Risk Management Service, LLC (erroneously sued as Arthur J. Gallagher Risk Management Services, Inc.)*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Date:  September 2, 2025**