Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Plaintiff Armorock, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARMOROCK, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO.;<br>ARTHUR J. GALLAGHER RISK<br>MANAGEMENT SERVICES, INC.,<br><br>                              Defendants. | Case No.  2:25-cv-00553-GMN-EJY<br><br>**ORDER GRANTING STIPULATION MODIFYING BRIEFING SCHEDULE SET BY ORDER CONVERTING MOTION TO DISMISS INTO MOTION FOR SUMMARY JUDGMENT [ECF NO. 31]** |

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803

WHEREAS, Defendants Arthur J. Gallagher & Co. and Arthur J. Gallagher Risk Management Services, LLC (sued as Arthur J. Gallagher Risk Management Services, Inc.) ("RMS") filed a Motion to Dismiss Plaintiff Armorock, LLC's ("Armorock") First Amended Complaint on May 5, 2025.  (ECF No. 16.).

WHEREAS, the Court issued an Order Converting Motion to Dismiss into Motion for Summary Judgment on March 11, 2026 (the "Conversion Order").  (ECF No. 31.)

WHEREAS, pursuant to the Conversion Order, RMS has until March 25, 2026, to file a Supplement.  Thereafter, Armorock has until April 8, 2026, to file a Supplement.

WHERAS, counsel for Armorock will be traveling out of the country during the week of March 30, 2026, and requires additional time to prepare a Supplement on behalf of Armorock. RMS has agreed to this extension provided that RMS receives additional time to prepare their

own Supplement.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Armorock and RMS (collectively, the "Parties"), by and through their respective attorneys of record, that the schedule for the Parties' Supplements shall be continued as follows:

1.    Deadline for RMS to submit additional materials for the Court's consideration, which may include one supplemental brief not to exceed 10 pages:    **April 1, 2026**

2.    Deadline for Armorock to submit additional materials for the Court's consideration, which may include one supplemental brief not to exceed 10 pages:  **April 22, 2026**

**IT IS SO STIPULATED.**

DATED this 23rd day of March, 2026.          DATED this 23rd day of March, 2026.

SEMENZA RICKARD LAW                ANDERSON, McPHARLIN & CONNERS LLP

*/s/ Jarrod L. Rickard*                */s/ Kenneth D. Watnik (pro hac vice)*
Jarrod L. Rickard, Esq., Bar No. 10203      Kenneth D. Watnik, Esq., CA Bar No. 150936
Katie L. Cannata, Esq., Bar No. 14848       Carleton R. Burch,  Esq., Bar No. 10527
10161 Park Run Drive, Suite 150          Vincent J.J. Romeo, Esq., Bar No. 9670
Las Vegas, Nevada 89145             601 S. Seventh Street
                          Las Vegas, Nevada 89101

*Attorneys for Plaintiff Armorock, LLC*        *Attorneys for Defendants Arthur J.*
                          *Gallagher & Co., and Arthur Gallagher*
                          *Risk Management Service, LLC*
                          *(erroneously sued as Arthur J. Gallagher*
                          *Risk Management Services, Inc.)*

## ORDER

**IT IS HEREBY ORDERED** that Defendant RMS must file their supplemental brief no later than April 1, 2026.

**IT IS FURTHER ORDERED** that Plaintiff Armorock must file their supplemental brief no later than April 22, 2026.

**DATED** this __24__ day of March, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

2