Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Plaintiff Armorock, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARMOROCK, LLC,<br><br>                                   Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO.;<br>ARTHUR J. GALLAGHER RISK<br>MANAGEMENT SERVICES, INC.,<br><br>                                   Defendants. | Case No.  2:25-cv-00553-GMN-EJY<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO SUBMIT SUPPLEMENT IN OPPOSITION TO SUMMARY JUDGMENT [ECF NO. 33]** |

WHEREAS, Defendants Arthur J. Gallagher & Co. and Arthur J. Gallagher Risk Management Services, LLC (sued as Arthur J. Gallagher Risk Management Services, Inc.) ("RMS") filed a Motion to Dismiss Plaintiff Armorock, LLC's ("Armorock") First Amended Complaint on May 5, 2025.  (ECF No. 16.).

WHEREAS, the Court issued an Order Converting Motion to Dismiss into Motion for Summary Judgment on March 11, 2026.  (ECF No. 31.)

WHEREAS, pursuant to the Stipulated Order entered March 24, 2026, Armorock's deadline to submit its Supplement is April 22, 2026.   (ECF No. 33.)

WHERAS, counsel for Armorock was unexpectedly occupied dealing with matters involving other active litigation, including a deposition, and requires additional time to finalize Armorock's Supplement and receive client feedback.  RMS has agreed to this extension as a

1

courtesy.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Armorock and RMS (collectively, the "Parties"), by and through their respective attorneys of record, the deadline for Armorock to submit additional materials for the Court's consideration, which may include one supplemental brief not to exceed 10 pages is continued to **April 27, 2026.**

**IT IS SO STIPULATED.**

DATED this 20th day of April, 2026.                    DATED this 20th day of April, 2026.

SEMENZA RICKARD LAW                              ANDERSON, McPHARLIN & CONNERS LLP

*/s/ Jarrod L. Rickard*                                   */s/ Kenneth D. Watnick (pro hac vice)*
Jarrod L. Rickard, Esq., Bar No. 10203            Kenneth D. Watnick, Esq. CA Bar 150936
Katie L. Cannata, Esq., Bar No. 14848            Carleton R. Burch,  Esq., Bar No. 10527
10161 Park Run Drive, Suite 150                   Vincent J.J. Romeo, Esq., Bar No. 9670
Las Vegas, Nevada 89145                           601 S. Seventh Street
                                                  Las Vegas, Nevada 89101

*Attorneys for Plaintiff Armorock, LLC*            *Attorneys for Defendants Arthur J.*
                                                  *Gallagher & Co., and Arthur Gallagher*
                                                  *Risk Management Service, LLC*
                                                  *(erroneously sued as Arthur J. Gallagher*
                                                  *Risk Management Services, Inc.)*

## ORDER

**IT IS HEREBY ORDERED** that the deadline for Armorock to submit additional materials for the Court's consideration, which may include one supplemental brief not to exceed 10 pages, is continued to **April 27, 2026.**

**IT IS SO ORDERED.**

**DATED** this __21__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

2