Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Plaintiff Armorock, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARMOROCK, LLC, | Case No.  2:25-cv-00553-GMN-EJY |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 31]** |
| v. | |
| ARTHUR J. GALLAGHER & CO.; ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., | |
| Defendants. | |

**WHEREAS:**

1.      Defendants Arthur J. Gallagher & Co. and Arthur J. Gallagher Risk Management Services, LLC (sued as Arthur J. Gallagher Risk Management Services, Inc.) ("RMS") filed a Motion to Dismiss Plaintiff Armorock, LLC's ("Armorock") First Amended Complaint on May 5, 2025.  (ECF No. 16.).

2.      The District Court issued an Order Converting Motion to Dismiss into Motion for Summary Judgment on March 11, 2026 (the "Conversion Order").  (ECF No. 31.)

3.      In the Conversion Order, the District Court granted leave for the Parties to submit additional materials for the District Court's consideration with respect to summary judgment.

4.      RMS filed its Supplemental Brief on March 31, 2026.  (ECF No. 34.)

5.      Armorock filed its Supplemental Brief on April 27, 2026.  (ECF No. 37.)

1

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

6.     Based on the Conversion Order, the District Court intends to determine whether summary judgment is warranted based upon discovery conducted thus far.

7.     The current discovery schedule is set forth in the Stipulation and Order to Extend Discovery Deadlines approved by this Court on February 6, 2026.  (ECF Nos. 29-30.)  The current status of the Parties' discovery efforts is generally set forth in ECF No. 29.

8.     This Court has previously recognized the Parties' diligence with respect to conducting discovery.  (ECF No. 30).

9.     "[T]he court may grant motions to stay discovery when a dispositive motion is pending if (1) the dispositive motion can be decided without further discovery; and (2) good cause exists to stay discovery." *Wooters v. Experian Info. Sols.*, No. 222CV01691CDSBNW, 2023 WL 3584109, at *3 (D. Nev. May 22, 2023).

10.     "The burden is upon the party seeking the order to 'show good cause' by demonstrating harm or prejudice that will result from the discovery." *Id.* (quoting *Rivera v. NIBCO, Inc.*, 364 F.3d 1057, 1063 (9th Cir. 2004)). Harm or prejudice may result when proceeding with discovery prior to the resolution of a pending motion will result in 'undue burden or expense.'" *Id.*

11.     Factors the Court considers in determining whether discovery will result in undue burden or expense include but are not limited to: "the complexity of the claim(s) at issue, the number of claims asserted, the number of parties involved in the litigation, the number of witnesses including experts, [and] the volume of documents at issue." *Id.*

12.     Ultimately, in deciding a motion to stay discovery, the Court must "determine whether it is more just to speed the parties along in discovery and other proceedings while a dispositive motion is pending, or whether it is more just to delay or limit discovery and other proceedings to accomplish the inexpensive determination of the case." *Id.* (quoting *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011) (internal quotation omitted).

13.     Given the District Court's Conversion Order, good cause exists to stay discovery.

14.     Currently, initial expert disclosures are due on May 29, 2026, and discovery is set to close on July 29, 2026.  (ECF No. 29.)  As this Court is aware, expert disclosures are one of

the most costly and time-consuming portions of litigation of this nature.

15.    Because the District Court intends to determine whether summary judgment is warranted based upon the pleadings and discovery thus far, proceeding with the remaining discovery before the District Court resolves the Motion for Summary Judgment would require the Parties to engage in extensive and costly discovery that may become unnecessary if summary judgment granted in full or in part.

16.    Without a stay of remaining discovery, the Parties will be forced to engage in time-intensive discovery while the Motion for Summary Judgment is pending.

17.    Because of the pending motion, RMS has yet to file an Answer or determine whether a Third-Party Complaint is necessary.

18.    Staying the remaining discovery pending resolution of the Motion for Summary Judgment will conserve the resources of the Parties and ensure that any discovery that proceeds is appropriately tailored to the claims and issues as defined by the District Court's ruling on the Motion for Summary Judgment.

19.    This stipulation is entered into solely for purposes of efficiency, proportionality, and case management. Plaintiffs do not concede the merits of the Motion for Summary Judgment, and Defendant does not concede the merits of the Plaintiff's response thereto.

**THEREFORE:**

20.    The Parties stipulate and agree that all discovery in this action shall be stayed pending the District Court's resolution of the pending Motion for Summary Judgment. (ECF No. 31.)

21.    In the event the Motion for Summary Judgment is denied – in whole, or in part – the Parties shall submit a stipulated amended discovery plan and scheduling order within 21 days of the Court's order.

///

///

///

///

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

3

**IT IS SO STIPULATED.**

DATED this 13th day of May, 2026.

DATED this 13th day of May, 2026.

SEMENZA RICKARD LAW

ANDERSON, McPHARLIN & CONNERS LLP

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*/s/ Kenneth D. Watnik (pro hac vice)*
Kenneth D. Watnik, Esq., CA Bar No. 150936
Carleton R. Burch,  Esq., Bar No. 10527
Vincent J.J. Romeo, Esq., Bar No. 9670
601 S. Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Armorock, LLC*

*Attorneys for Defendants Arthur J. Gallagher & Co., and Arthur Gallagher Risk Management Service, LLC (erroneously sued as Arthur J. Gallagher Risk Management Services, Inc.)*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: ___May 13, 2026_____

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

4